UNITED STATES BANKRUPTCY COURT
District of Oregon

In re )
**Brian H. Treece and Margaret A M Treece** )
)  Case No. **15-32024-tmb13**
Debtor(s) )
)  RECORD OF PROCEEDING
**U.S. Bank Trust National Association, as Trustee** )
**of the Bungalow Series III Trust** )
Moving Party )  Judge: **Thomas M Renn**
)
**Brian H. Treece** )  Docket # of Motion 102
**Margaret A M Treece** )
Responding Party )  DATE OF HEARING: **04/02/2019**

✓ *Jeffrey Myers*
~~SCOTT D CRAWFORD~~ ____ no appearance   **DOUGLAS R RICKS**  ✓ no appearance
Attorney for Moving Party                    Attorney for Responding Party

____ Attorney represents agreement by opposing attorney.
____ Oral stipulation approved.   ____ Written stipulation (to be) filed.
____ Order based on oral stipulation to be lodged.

✗ Hearing is continued to 4/23/19 at 2:30pm in Courtroom #4 or ____ telephone hearing for:

  ____ Continued preliminary hearing  ✗ final hearing  ✗ stay remains in effect.
  ____ Date and time set, or to be set, for hearing on confirmation of Chapter 13 plan.
  ____ The Court finds that delay of over 30 days is necessary to accommodate current schedule.
  ____ Movant waives 30 day rule.
  ✗ Noticed in Court.   ____ Send notice
____ Off calendar; may be reset at request of either party/Movant only(30 day rule waived).

____ The Motion is denied.
____ The Motion is granted, and ____ Stay terminates forthwith/on _____.

  ____ No foreclosure sale before _____.
____ Movant may submit an order regarding termination of stay/on _____ days written notice of default to debtor and debtor's counsel in the event that:
  ____ All (post-petition) arrears in payments due to the Movant/Trustee/both are not brought current within _____ days of the date of this hearing.
  ____ Debtor fails to pay, when due, payments to the Movant/Trustee/either.
  ____ Debtor fails to maintain insurance on the collateral as required by the security agreement.
  ____ Debtor fails to file modified plan of reorganization within _____ days of the date of this hearing.
  ____ Debtor's Plan/modified plan of reorganization is denied confirmation.
  ____ OTHER: _____

____ Parties agree to extend 60 day time period of 11 U.S.C. §362(e)(2)(B) ____ Yes ____ No.
  If NO, findings: _____

__ OTHER: _____

### ISSUES TO BE TRIED

____ Is Cure Proposal Realistic?   ____ Amount of arrears   ____ Valuation   ____ Adequate Protection
____ Other(specify) _____