Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 15-32024-tmb13 |
|---|---|
| Brian H. Treece<br>Maggi A.M. Treece<br><br>Debtors. | STIPULATED ORDER RESOLVING DEBTORS' RESPONSE TO U.S. BANK'S RESPONSE TO NOTICE OF FINAL CURE PAYMENT AND REQUEST FOR HEARING THEREON |

Debtors Brian H. Treece and Maggi A.M. Treece by and through their attorneys, Vanden Bos & Chapman, LLP, and Creditor U.S. Bank, by and through its attorneys, ZBS Law, LLP, hereby stipulated to the following:

1. The Debtors agree with and stipulate to a total amount remaining unpaid as of the date of U.S. Bank's Response to Notice of Final Cure Payment (Doc. No. 118) of $7,084.89.

2. Upon payment of the $7,084.89, all arrearages due or owing by Debtors to Creditor U.S. Bank accrued during the Debtors' Chapter 13 Bankruptcy, will be cured, and

Page 1 of 2   STIPULATED ORDER RESOLVING DEBTORS' RESPONSE TO U.S. BANK'S RESPONSE TO NOTICE OF FINAL CURE PAYMENT AND REQUEST FOR HEARING THEREON

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 15-32024-tmb13    Doc 126    Filed 12/03/19

Debtors will have made all payments due to Creditor U.S. Bank during the Debtors' Chapter 13 Bankruptcy.

###

| | |
|---|---|
| **PRESENTED BY:** | **First Class Mail:** |
| VANDEN BOS & CHAPMAN, LLP | Brian and Magi Treece<br>2550 SE 37th Ave.<br>Portland, OR 97202 |

By:/s/Douglas. R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtors

**LBR 9021-1 CERTIFICATION**
I certify that I have complied with the requirement of LBR 9021-1(a); this is a stipulated order.

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

By:/s/Douglas. R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtors

**SO STIPULATED BY:**

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas. R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtors

ZBS LAW, LLP

By:/s/Jeffrey A. Myers
    Jeffrey A. Myers, OSB # 094561
    Of Attorneys for Creditor U.S. Bank

Page 2 of 2    STIPULATED ORDER RESOLVING DEBTORS' RESPONSE TO U.S. BANK'S RESPONSE TO NOTICE OF FINAL CURE PAYMENT AND REQUEST FOR HEARING THEREON

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 15-32024-tmb13    Doc 126    Filed 12/03/19